IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TESS HOLLIS ANDRIATTI,

    Plaintiff,

vs.                                        CASE NO. 5:07cv51/RS

JOSE BARRON, et al,

    Defendants.

_____/

## ORDER

Before me is the Magistrate Judge's Order and Report and Recommendation (Doc. 9) and Plaintiff's Objections to Report and Recommendation of Judge Miles Davis (Doc. 10). I have reviewed Plaintiff's objections *de novo*.

**IT IS ORDERED**:

1. The Magistrate Judge's Order and Report and Recommendation is adopted and incorporated by reference in this Order. I further find that the Defendants are federal employees of Federal Correctional Institute Marianna, a federal prison. Accordingly, the alleged actions of Defendants did not arise "under color of state law," and Defendants are not subject to Plaintiff's claims under 42 U.S.C. §1983.

2. Plaintiff's Application to Proceed In Forma Pauperis (Doc. 8) is granted.

3. This case is dismissed without prejudice.

4.    The clerk is directed to close the file.


ORDERED on May 30, 2007.


                                  /S/ Richard Smoak
                                  **RICHARD SMOAK**
                                  **UNITED STATES DISTRICT JUDGE**